# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 15-1127**                                **September Term, 2015**

FERC-CP13-113-000
FERC-CP13-113-001

**Filed On: April 19, 2016** [1609320]

EarthReports, Inc., doing business as Patuxent Riverkeeper, et al.,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Dominion Cove Point LNG, LP, et al.,
      Intervenors

------------------------------

Consolidated with 15-1205

    **BEFORE:**    Circuit Judges Rogers, Griffith, and Kavanaugh

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on April 19, 2016 at 9:34 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

    Deborah Goldberg, counsel for Petitioner EarthReport, Inc.

    Erika Maley, counsel for Petitioner BP Energy.

    Karin L. Larson (FERC), counsel for Respondent.

    Catherine E. Stetson, counsel for Intervenor Dominion Cove Point LNG, LP.

    Ben Norris, counsel for Intervenor American Petroleum Institute.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Shana E. Thurman
Deputy Clerk