

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

May 16, 2016

**BY CM/ECF**

Mark J. Langer, Clerk
United States Court of Appeals
   for the District of Columbia Circuit
United States Courthouse, Room 5523
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re:**    *EarthReports, Inc.* v. *FERC*, No. 15-1127 — Argued April 19, 2016

Dear Mr. Langer:

We write in response to EarthReports's May 10 letter.  EarthReports claims that the Commission's draft environmental impact statement (EIS) for the Atlantic Sunrise Project, FERC Docket No. CP15-138-000, supports its arguments.[1]  That is not so, for three reasons.

First, EarthReports's attempt to use later EISs to impugn the Commission's environmental assessment in this case misunderstands this Court's review.  The Court's analysis is limited to "assessing the record that was actually before the agency."  *Association of Private Sector Colleges & Univs.*v. *Duncan*, 681 F.3d 427, 441 (D.C. Cir. 2012).  FERC's draft analysis in a different case in May 2016 can say nothing about the adequacy of FERC's final analysis in this case.  That rule applies with particular force here; at the time the Commission considered the Cove Point Liquefaction Project, the Atlantic Sunrise Project's application had not even been filed.  J.A. 696-697.

Second, EarthReports overstates the draft EIS's analysis.  The draft contains a back-of-the-envelope estimate of how many typical wells might be needed to supply the volume of gas to be transported by the Atlantic Sunrise Project.  That is

---

[1] The full draft EIS is available from the Commission's website at https://goo.gl/9jqjIL.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Berlin Brussels Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb.  For more information see www.hoganlovells.com.

- 2 -

nothing like the expansive analysis of the environmental effects of gas production EarthReports requested here (*see* J.A. 686), and, in any event, is so vague that it would not help FERC "ensure that environmentally informed decisions are made" regarding the Liquefaction Project. *Defs. of Wildlife v. Andrus*, 627 F.2d 1238, 1243 (D.C. Cir. 1980).

Finally, the draft EIS is consistent with the Commission's findings in this case. The draft EIS concludes (at 4-263) that upstream impacts from Marcellus Shale development are not within the Commission's jurisdiction, not directly related to the project, and need not be analyzed—even with respect to a pipeline connected to Marcellus production and intended to transport Marcellus production. FERC reached the same conclusion here (J.A. 300-301)—and here, of course, the Liquefaction Project has a far more attenuated relationship to any specific gas production. *See* FERC Br. 32-48; Dominion Br. 11-26.

Respectfully submitted,

/s/ Catherine E. Stetson
J. Patrick Nevins
Catherine E. Stetson
Sean Marotta

*Counsel for Dominion*
*Cove Point LNG, LP*

cc: All counsel of record (via CM/ECF)